**Fill in this information to identify the case:**

Debtor 1 Christopher Lee Allen aka Christopher Allen aka Christopher L Allen aka Chirstopher L Allen aka Chris L Allen aka Chris Allen

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: Middle District of Pennsylvania
(State)

Case number 23-01748-MJC

Official Form 410S1

# Notice of Mortgage Payment Change

12/15

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor:** Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc.

**Court claim no.** (if known): 3

**Last 4 digits** of any number you use to identify the debtor's account: 7226

**Date of payment change:**
Must be at least 21 days after date of this notice: 12/01/2025

**New total payment:**
Principal, interest, and escrow, if any: $ 736.04

## Part 1: Escrow Account Payment Adjustment

**1. Will there be a change in the debtor's escrow account payment?**

☐ No
☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: ____________________________

**Current escrow payment:** $ 336.15 **New escrow payment:** $ 320.33

## Part 2: Mortgage Payment Adjustment

**2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

☑ No
☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: ____________________________

**Current interest rate** ____________% **New interest rate:** ___________%

**Current principal and interest payment:** $ ______________ **New principal and interest payment:** $___________

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☑ No
☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. *(Court approval may be required before the payment change can take effect.)*
Reason for change:

______________________________________________________________________________

**Current mortgage payment:** $ ___________ **New mortgage payment:** $ __________

Debtor 1 Christopher Lee Allen aka Christopher Allen aka Christopher L Allen aka Chirstopher L Allen aka Chris L Allen aka Chris Allen
Case number (*if known*) 23-01748-MJC
First Name Middle Name Last Name

**Part 4: Sign Here**

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box:*

☐ I am the creditor.

☑ I am the creditor's attorney or authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief:**

/s/Daniel P. Jones
Signature

Date October 20, 2025

Print: Daniel P. Jones, Bar ID# 321876
First Name Middle Name Last Name

Title: Attorney for Creditor

Company Stern & Eisenberg, P.C.

Address 1581 Main Street, Suite 200 The Shops at Valley Square
Number Street

Warrington, PA 18976
City State ZIP Code

Contact phone 215-572-8111 Email djones@sterneisenberg.com

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Payment Change was served electronically through the Court's ECF System at the e-mail address registered with the Court on this Date to the following:

DATE: October 20, 2025

Carlo Sabatini
216 N. Blakely Street
Dunmore, PA 18512
usbkct@bankruptcypa.com
**Counsel for Debtor**

Jack N. Zaharopoulos
8125 Adams Drive, Suite A
Hummelstown, PA 17036
info@pamd13trustee.com
**Bankruptcy Trustee**

United States Trustee
US Courthouse
1501 N. 6th St
Harrisburg, PA 17102
ustpregion03.ha.ecf@usdoj.gov
**US Trustee**

and by standard first-class mail postage prepaid to:

Christopher Lee Allen aka Christopher Allen aka Christopher L Allen aka Chirstopher L Allen aka Chris L Allen aka Chris Allen
609 E 2nd St
Berwick, PA 18603-4902
**Debtor(s)**

By:

/s/ Daniel P. Jones
Daniel P. Jones, Bar No: 321876
Stern & Eisenberg, PC
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976
djones@sterneisenberg.com
Phone: 215-572-8111
Fax: (215) 572-5025
Counsel for Movant

ROCKET Mortgage

# Annual Escrow Account Disclosure Statement

1050 Woodward Avenue | Detroit, MI 48226

[redacted]

CHRISTOPHER L ALLEN
609 E 2ND ST
BERWICK PA 18603

## Loan Information

[redacted]

**Property Address:** 609 E 2nd ST
Berwick, PA 18603

**Statement Date:** 10/13/2025

**New Payment Effective Date:** 12/01/2025

## 1. Your Escrow Account Has A Shortage

To take a closer look at your numbers, sign in to Rocket Mortgage® and click on the Loan Information tab.

Due to an increase in your taxes and/or insurance, your escrow account is short $38.36.

### Projected Escrow Account Balance

| | |
|---|---|
| Projected Minimum Balance: | $499.78 |
| Required Minimum Balance: | $538.14 |
| **Shortage Amount:** | **$38.36** |

Note: This amount has been adjusted to account for the bankruptcy proof of claim.

## 2. Your Payment Is Changing

Your escrow payment is decreasing. You have a shortage of $38.36 that is being spread over 12 months.

### Breaking Down The Numbers

| | Current | New |
|---|---|---|
| Principal & Interest: | $415.71 | $415.71 |
| Escrow Payment: | $336.15 | $317.13 |
| Shortage: | | $3.20 |
| **Monthly Payment:** | **$751.86** | **$736.04** |

Please note that the current payment amount listed above is the payment amount that the loan is due for under the terms of the security instrument. This may differ from the payment amount under the terms of the bankruptcy plan.

**Mortgage Payment Breakdown**




### Quick And Easy Payment Options

RocketMortgage.com | Rocket Mortgage® mobile app | 24/7 access at (800) 508-0944

QL026

THIS SPACE INTENTIONALLY LEFT BLANK

[redacted]

# ROCKET Mortgage

1050 Woodward Avenue | Detroit, MI 48226

**Annual Escrow Account Disclosure Statement**

## 3. A Closer Look At Your Escrow Account History

### Escrow Account Disbursement From December 2024 To November 2025

| | | | | | |
|---|---|---|---|---|---|
| Estimated Tax: | $2,114.48 | Estimated Insurance: | $1,673.12 | Estimated Total: | $3,787.60 |
| Actual Tax: | $2,109.85 | Actual Insurance: | $1,701.44 | Actual Total: | $3,811.29 |

This section highlights the differences between the estimated and actual payment amounts for the taxes and insurance and shows the reason for the current shortage.

The actual amounts paid out for taxes and insurance over the past year, as shown here, are used as the basis for our projections for the upcoming 12 months.

The table below details the activity history for your escrow account from last year. The differences in your tax and insurance payment amounts are highlighted in yellow. Please keep in mind that the history will reflect the month in which the payment or disbursement was made. This may be different than the payment or disbursement due date.

### Escrow Account Activity History For December 2024 To November 2025

| | | Payments | | Disbursements | | Balance | |
|---|---|---|---|---|---|---|---|
| Date | Activity | Estimated | Actual | Estimated | Actual | Estimated | Actual |
| 12/2024 | Beginning Balance | | | | | $1,330.56 | $1,084.40 |
| 12/2024 | Deposit | $315.64 | $336.15 | $0.00 | $0.00 | $1,646.20 | $1,420.55 |
| 12/2024 | Withdrawal - MORTGAGE INS | $0.00 | $0.00 | $49.51 | $49.51 | $1,596.69 | $1,371.04 |
| 01/2025 | Deposit | $315.64 | $336.15 | $0.00 | $0.00 | $1,912.33 | $1,707.19 |
| 01/2025 | Withdrawal - MORTGAGE INS | $0.00 | $0.00 | $49.51 | $49.51 | $1,862.82 | $1,657.68 |
| 02/2025 | Deposit | $315.64 | $336.15 | $0.00 | $0.00 | $2,178.46 | $1,993.83 |
| 02/2025 | Withdrawal - MORTGAGE INS | $0.00 | $0.00 | $49.51 | $49.51 | $2,128.95 | $1,944.32 |
| 03/2025 | Deposit | $315.64 | $336.15 | $0.00 | $0.00 | $2,444.59 | $2,280.47 |
| 03/2025 | Withdrawal - MORTGAGE INS | $0.00 | $0.00 | $49.51 | $49.51 | $2,395.08 | $2,230.96 |
| 03/2025 | Withdrawal - TOWNSHIP TAXES | $0.00 | $0.00 | $0.00 | $891.31 | $2,395.08 | $1,339.65 |
| 04/2025 | Deposit | $315.64 | $336.15 | $0.00 | $0.00 | $2,710.72 | $1,675.80 |
| 04/2025 | Withdrawal - TOWNSHIP TAXES | $0.00 | $0.00 | $915.82 | $0.00 | $1,794.90 | $1,675.80 |
| 04/2025 | Withdrawal - HOMEOWNERS INS | $0.00 | $0.00 | $1,079.00 | $1,119.00 | $715.90 | $556.80 |
| 04/2025 | Withdrawal - MORTGAGE INS | $0.00 | $0.00 | $49.51 | $48.05 | $666.39 | $508.75 |
| 05/2025 | Deposit | $315.64 | $336.15 | $0.00 | $0.00 | $982.03 | $844.90 |
| 05/2025 | Withdrawal - MORTGAGE INS | $0.00 | $0.00 | $49.51 | $48.05 | $932.52 | $796.85 |
| 06/2025 | Deposit | $315.64 | $336.15 | $0.00 | $0.00 | $1,248.16 | $1,133.00 |
| 06/2025 | Withdrawal - MORTGAGE INS | $0.00 | $0.00 | $49.51 | $48.05 | $1,198.65 | $1,084.95 |
| 07/2025 | Deposit | $315.64 | $336.15 | $0.00 | $0.00 | $1,514.29 | $1,421.10 |
| 07/2025 | Withdrawal - MORTGAGE INS | $0.00 | $0.00 | $49.51 | $48.05 | $1,464.78 | $1,373.05 |
| 08/2025 | Deposit | $315.64 | $336.15 | $0.00 | $0.00 | $1,780.42 | $1,709.20 |
| 08/2025 | Withdrawal - SCHOOL TAXES | $0.00 | $0.00 | $1,198.66 | $1,218.54 | $581.76 | $490.66 |
| 08/2025 | Withdrawal - MORTGAGE INS | $0.00 | $0.00 | $49.51 | $48.05 | $532.25 | $442.61 |
| 09/2025 | Deposit | $315.64 | $336.15 | $0.00 | $0.00 | $847.89 | $778.76 |
| 09/2025 | Withdrawal - MORTGAGE INS | $0.00 | $0.00 | $49.51 | $48.05 | $798.38 | $730.71 |
| 10/2025 | Deposit | $315.64 | $336.15 | $0.00 | $0.00 | $1,114.02 | $1,066.86 ** |
| 10/2025 | Withdrawal - MORTGAGE INS | $0.00 | $0.00 | $49.51 | $48.05 | $1,064.51 | $1,018.81 |
| 11/2025 | Deposit | $315.64 | $336.15 | $0.00 | $0.00 | $1,380.15 | $1,354.96 ** |
| 11/2025 | Withdrawal - MORTGAGE INS | $0.00 | $0.00 | $49.51 | $48.05 | $1,330.64 | $1,306.91 ** |
| | **Totals** | **$3,787.68** | **$4,033.80** | **$3,787.60** | **$3,811.29** | | |

** This amount is a projection as of the date of this analysis. It has not been received or remitted at this time.

continued →

[redacted]

ROCKET Mortgage

# Annual Escrow Account Disclosure Statement

1050 Woodward Avenue | Detroit, MI 48226

## 4. A Closer Look At Projections For Your Escrow Account

### Escrow Account Projection

| Description | Annual Amount |
|---|---|
| MORTGAGE INS: | $576.60 |
| TOWNSHIP TAXES: | $891.31 |
| HOMEOWNERS INS: | $1,119.00 |
| SCHOOL TAXES: | $1,218.54 |
| **Total Annual Taxes And Insurance:** | **$3,805.45** |
| **New Monthly Escrow Payment:** | **$317.13** |

The table below details the projected activity for your escrow account. The minimum required balance, highlighted in yellow, is determined by the Real Estate Settlement Procedures Act (RESPA), your mortgage contract or state law. Your account's selected minimum allowed balance or cushion is $538.14. Your minimum required balance may include up to two months of escrow payments to cover increases in your taxes and insurance.

The actual amounts paid out for taxes and insurance, as shown in the Escrow Account Activity History Table, are used as the basis for our projections for the upcoming year.

### Future Escrow Account Activity For December 2025 To November 2026

| | | **Payments** | **Disbursements** | **Balance** | |
|---|---|---|---|---|---|
| Date | Activity | Estimated | Estimated | Estimated | Required |
| 12/2025 | Beginning Balance | | | $1,306.91 | $1,345.27 |
| 12/2025 | Deposit | $317.13 | $0.00 | $1,624.04 | $1,662.40 |
| 12/2025 | Withdrawal - MORTGAGE INS | $0.00 | $48.05 | $1,575.99 | $1,614.35 |
| 01/2026 | Deposit | $317.13 | $0.00 | $1,893.12 | $1,931.48 |
| 01/2026 | Withdrawal - MORTGAGE INS | $0.00 | $48.05 | $1,845.07 | $1,883.43 |
| 02/2026 | Deposit | $317.13 | $0.00 | $2,162.20 | $2,200.56 |
| 02/2026 | Withdrawal - MORTGAGE INS | $0.00 | $48.05 | $2,114.15 | $2,152.51 |
| 03/2026 | Deposit | $317.13 | $0.00 | $2,431.28 | $2,469.64 |
| 03/2026 | Withdrawal - MORTGAGE INS | $0.00 | $48.05 | $2,383.23 | $2,421.59 |
| 03/2026 | Withdrawal - TOWNSHIP TAXES | $0.00 | $891.31 | $1,491.92 | $1,530.28 |
| 04/2026 | Deposit | $317.13 | $0.00 | $1,809.05 | $1,847.41 |
| 04/2026 | Withdrawal - MORTGAGE INS | $0.00 | $48.05 | $1,761.00 | $1,799.36 |
| 04/2026 | Withdrawal - HOMEOWNERS INS | $0.00 | $1,119.00 | $642.00 | $680.36 |
| 05/2026 | Deposit | $317.13 | $0.00 | $959.13 | $997.49 |
| 05/2026 | Withdrawal - MORTGAGE INS | $0.00 | $48.05 | $911.08 | $949.44 |
| 06/2026 | Deposit | $317.13 | $0.00 | $1,228.21 | $1,266.57 |
| 06/2026 | Withdrawal - MORTGAGE INS | $0.00 | $48.05 | $1,180.16 | $1,218.52 |
| 07/2026 | Deposit | $317.13 | $0.00 | $1,497.29 | $1,535.65 |
| 07/2026 | Withdrawal - MORTGAGE INS | $0.00 | $48.05 | $1,449.24 | $1,487.60 |
| 08/2026 | Deposit | $317.13 | $0.00 | $1,766.37 | $1,804.73 |
| 08/2026 | Withdrawal - MORTGAGE INS | $0.00 | $48.05 | $1,718.32 | $1,756.68 |
| 08/2026 | Withdrawal - SCHOOL TAXES | $0.00 | $1,218.54 | $499.78 | $538.14[L] |
| 09/2026 | Deposit | $317.13 | $0.00 | $816.91 | $855.27 |

Note: Your remaining Future Escrow Account Activity is on the next page.

continued →

[redacted]



## Future Escrow Account Activity For December 2025 To November 2026 Continued

| Date | Activity | Payments Estimated | Disbursements Estimated | Balance Estimated | Balance Required |
|---|---|---|---|---|---|
| 09/2026 | Withdrawal - MORTGAGE INS | $0.00 | $48.05 | $768.86 | $807.22 |
| 10/2026 | Deposit | $317.13 | $0.00 | $1,085.99 | $1,124.35 |
| 10/2026 | Withdrawal - MORTGAGE INS | $0.00 | $48.05 | $1,037.94 | $1,076.30 |
| 11/2026 | Deposit | $317.13 | $0.00 | $1,355.07 | $1,393.43 |
| 11/2026 | Withdrawal - MORTGAGE INS | $0.00 | $48.05 | $1,307.02 | $1,345.38 |
| | **Totals** | **$3,805.56** | **$3,805.45** | | |

[L]This amount denotes the projected low point balance.

THIS SPACE INTENTIONALLY LEFT BLANK

If you have an active bankruptcy or you received a bankruptcy discharge, we are sending this for informational or legal purposes only. We're not trying to collect against you personally. If you have any questions about this communication or your obligation to pay, please contact your attorney.