Sabatini Law Firm, LLC
216 N. Blakely St.
Dunmore, PA 18512

**Christopher Allen**
**609 E. 2nd St.**
**Berwick, PA**

**Rate Summary**

| Professional | Gross | | Discount | | Net |
|---|---|---|---|---|---|
| Carlo Sabatini | 0.4 hours at $415.00/hour. | $166.00 | 0.00 | 0.00 | 166.00 |
| Ashley Werner | 1.8 hours at $150.00/hour. | $270.00 | 0.00 | 0.00 | 270.00 |
| | | | 0.00 | 0.00 | 436.00 |

**Itemized Listing of Services**

| *Date* | *Description* | *Initials* | *Rate* | *Time* | *Amount* | *Disc.* |
|---|---|---|---|---|---|---|
| 10/31/2024 | Analyze notice of mortgage payment change. Message to client regarding mortgage payment amount. | ASW | 150 | 0.10 | 15.00 | 0.00 |
| 01/30/2025 | Due diligence checklist to verify that (1) Trustee's schedule of distribution is in complete conformity with plan; (2) plan funding is sufficient but no greater than it needs to be; (3) tasks are set for any items that need completion. | ASW | 150 | 0.30 | 45.00 | 0.00 |
| 02/04/2025 | Review interim case status report. Analyze whether we should object to debt collector claims. Analyze possible savings to client and how much more student loans might receive if we successfully object to claims and accounted for potential atty fees and determined the savings would not warrant extended litigation to object to debt buyer claims. | CS | 415 | 0.30 | 124.50 | 0.00 |
| 10/23/2025 | Analyze notice of mortgage payment change. Email to client with new payment. | ASW | 150 | 0.10 | 15.00 | 0.00 |
| 07/02/2026 | Review file ahead of case closing to confirm all items contemplated by the plan have been accomplished or are on track to be, that there are no unresolved docket entries, and to set case closing tasks (letter to stop wage garn/mortgage declared current) | ASW | 150 | 0.50 | 75.00 | 0.00 |
| 07/18/2026 | Review report prepared by paralegal ahead of case closing. | CS | 415 | 0.10 | 41.50 | 0.00 |
| 08/21/2026 | [Est.] Review email from client approving fee application. File the same. | ASW | 150 | 0.20 | 30.00 | 0.00 |
| 08/21/2026 | [Est.] Review order regarding fee application. | ASW | 150 | 0.10 | 15.00 | 0.00 |
| 08/21/2026 | [Est.] Review trustee's website to confirm distribution is properly scheduled. | ASW | 150 | 0.10 | 15.00 | 0.00 |
| 08/21/2026 | [Est.] Receive and review correspondence from Trustee's office indicating that client has completed plan payments. Draft letter to client regarding Certification in Support of Discharge. | ASW | 150 | 0.10 | 15.00 | 0.00 |
| 08/21/2026 | [Est.] Receive and review executed Certification in Support of Discharge. File same electronically | ASW | 150 | 0.10 | 15.00 | 0.00 |
| 08/21/2026 | [Est.] Review response to Trustee's Notice of Disbursements Made and send to client to verify accuracy of the same. | ASW | 150 | 0.10 | 15.00 | 0.00 |
| 08/21/2026 | [Est.] Review final decree. Close file. | ASW | 150 | 0.10 | 15.00 | 0.00 |
| | *Sub-total Fees:* | | | | **436.00** | 0.00 |
| | *Net Fees After Discount:* | | | | **436.00** | |

**Expenses**

| *Date* | *Description* | *Price* | *Units* | *Amount* | *Discount* |
|---|---|---|---|---|---|
| 08/06/2024 | Postage and cost of mailing fee application notice. | 1.00 | 26.40 | 26.40 | 0.00 |
| | | | | ====== | |
| | | | *Total:* | **26.40** | |

**Total**

Net Fees After Discount: 436.00
Net Expenses After Discount: 26.40
======
462.40

Total post-discounted value of entries containing "email": 45.00
As a percentage of the total fees: 0.103