IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>CHRISTOPHER LEE ALLEN AKA CHRISTOPHER ALLEN AKA CHRISTOPHER L ALLEN AKA CHRIS L ALLEN AKA CHRIS ALLEN AKA CHRISTOPHER L ALLEN,<br><br>Debtor | CHAPTER 13<br><br>CASE NO. 5:23-bk-01748-MJC |

**ORDER APPROVING FINAL COMPENSATION TO COUNSEL FOR DEBTOR**

Upon consideration of *Application of Attorney for Chapter 13 Debtor for Compensation and Reimbursement of Expenses,* Doc. 44, it is hereby

**ORDERED** that the following final amounts are awarded: compensation in the amount of $436.00 and reimbursement of expenses in the amount of $26.40 for a total sum of $462.40. This compensation is in addition to all amounts previously paid by the Debtors, approved by this court, or that were included in the confirmed plan.