**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>CHRISTOPHER LEE ALLEN<br>AKA CHRISTOPHER ALLEN<br>AKA CHRISTOPHER L. ALLEN<br>AKA CHRIS L. ALLEN<br>AKA CHRIS ALLEN<br>AKA CHIRSTOPHER L. ALLEN,<br><br>Debtor | CHAPTER 13<br><br>CASE NO. 5:23-bk-01748-MJC |

**ORDER APPROVING FINAL COMPENSATION TO COUNSEL FOR DEBTOR**

Upon consideration of *Application of Attorney for Chapter 13 Debtor for Compensation and Reimbursement of Expenses,* Doc. 44, it is hereby

**ORDERED** that the following final amounts are awarded: compensation in the amount of $436.00 and reimbursement of expenses in the amount of $26.40 for a total sum of $462.40.

By the Court,

Mark J. Conway, Bankruptcy Judge
Dated: October 13, 2026