**Fill in this information to identify the case:**

Debtor 1: Christopher Lee Allen aka Christopher Allen aka Christopher L Allen aka Chirstopher L Allen aka Chris L Allen aka Chris Allen

Debtor 2 (Spouse, if filing): ______

United States Bankruptcy Court for the: Middle District of Pennsylvania (State)

Case number: 5:23-bk-01748-MJC

Official Form 410C13-NR

# Response to Trustee's Notice of Disbursements Made

**12/25**

**The claim holder must respond to the Trustee's Notice of Payments Made within 28 days after it was served. Rule 3002.1(g)(3).**

## Part 1: Mortgage Information

**Name of claim holder:** Rocket Mortgage, LLC

**Court claim no.** (if known): 3

**Last 4 digits** of any number you use to identify the debtor's account: ******7226

**Property address:**
609 E 2nd St
Number Street

______

Berwick PA 18603
City State ZIP Code

## Part 2: Arrearages

The total amount received to cure any arrearages as of the date of this response: $ 0.00.

*Check all that apply:*

- [x] The amount required to cure any prepetition arrearage has been paid in full.
- [ ] The amount required to cure the prepetition arrearage has not been paid in full. Amount of prepetition arrearage remaining unpaid as of the date of this response: $ ______.
- [ ] The amount required to cure any postpetition arrearage has been paid in full.
- [ ] The amount required to cure the postpetition arrearage has not been paid in full. Amount of postpetition arrearage remaining unpaid as of the date of this response: $ ______.

**Part 3:** **Postpetition Payments**

(a) *Check all that apply:*

☒ The debtor is current on all postpetition payments, including all fees, charges, expenses, escrow, and costs.

☐ The debtor is not current on all postpetition payments. The claim holder asserts that the debtor is obligated for the postpetition payment(s) that first became due on: _______________.

☐ The debtor has fees, charges, expenses, negative escrow amounts, or costs due and owing.

(b) The claim holder attaches a payoff statement and provides the following information as of the date of this response:

| | |
|---|---|
| i. Date last payment was received on the mortgage: | 10/16/2026 |
| ii. Date next postpetition payment from the debtor is due: | 11/01/2026 |
| iii. Amount of the next postpetition payment that is due: | $ 736.04 |
| iv. Unpaid principal balance of the loan: | $ 66,133.50 |
| v. Additional amounts due for any deferred or accrued interest: | $ 454.66 |
| vi. Balance of the escrow account: | $ 1,009.85 |
| vii. Balance of unapplied funds or funds held in a suspense account: | $ 0.00 |
| viii. Total amount of fees, charges, expenses, negative escrow amounts, or costs remaining unpaid: | $ 0.00 |

*Payoff figures as of 11/10/26

**Part 4** **Itemized Payment History**

If the claim holder disagrees that the prepetition arrearage has been paid in full, states that the debtor is not current on all postpetition payments, or states that fees, charges, expenses, escrow, and costs are due and owing, it must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all prepetition and postpetition payments received;
- the application of all payments received;
- all fees, costs, escrow, and expenses that the claim holder asserts are recoverable against the debtor or the debtor's principal residence; and
- all amounts the claim holder contends remain unpaid.

## Part 5: Sign Here

The person completing this response must sign it. Check the appropriate box:

☐ I am the claim holder.

☒ I am the claim holder's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ */s/ Eric VandeLinde* Date 11/12/2026

Signature

Name: Eric VandeLinde
First name Middle name Last name

Title: Agent for Creditor

Company: Aldridge Pite, LLP
Identify the corporate servicer as the company if the authorized agent is a servicer.

Address: Six Piedmont Center, 3525 Piedmont Road, N.E., Suite 700
Number Street

Atlanta GA 30305
City State ZIP Code

Contact phone (404 ) 994-7400 Email EVandeLinde@aldridgepite.co

[redacted]

==================================================

Payoff Quote Include/Omit Items

==================================================

11/10/26
13:44:14
ADD

| | | | | | |
|---|---|---|---|---|---|
| | | PO Dt | 12/01/26 | Int Paid To | 10/01/26 |
| | | Sub Code | 01 | Next Due Dt | 11/01/26 |
| Int Rate | 4.125 | | | | |
| Prin Bal | 66,133.50 | Per Diem Int | 7.47 | Int Calcs | 454.66 |

Optional Items to I-Include or O-Omit: Plan Number 00002

| | | | | | |
|---|---|---|---|---|---|
| I | Escrow Balance | 1,009.85 | O | Total Late Charges | .00 |
| | Interest on Escrow | .00 | I | Total NSF Charges | .00 |
| I | Escrow Advance | .00 | O | Optional Ins Payment | .00 |
| I | Misc Suspense Bal | .00 | O | Prepayment Penalty | .00 |
| I | Forbearance Bal | .00 | O | Mortgage Ins Premium | 93.08 |
| O | Subsidy | .00 | O | Other Fees Due | .00 |
| O | Hazard Suspense Bal | .00 | O | Rebate Points Financed | 0000000 |
| | Int on Hazard Loss | .00 | I | Deferred Principal | .00 |
| O | Inv. Advance | .00 | O | Recording Fee | 0000000000000 |
| I | Corp Advance Bal | .00 | I | Quote fee | 0000000000000 |
| O | Corp Expense Bal | .00 | O | Oth2 COUNTY RECORDING FEE | 0000000005975 |
| O | Default Int Due | .00 | O | Oth1 ANTICIPATED FEE | 0000000000000 + |
| I | Deferred Int | .00 | O | MBS Liq Difference | 225.40 |
| O | Prepaid Ins Rebate | .00 | | | |
| O | Partial Claims | .00 | | | |

Accept Quote -_Y/N N PO Amt 65,578.31

F11=Corp Adv F12=Return F13=Opt Ins F14=Corp Expense F24=More keys

## Certificate of Service

I hereby certify that a copy of the foregoing Response to Trustee's Notice of Disbursements Made was served on the parties listed below by postage prepaid U.S. Mail, First Class or served electronically through the Court's ECF System at the e-mail address registered with the Court on

Date: November 16, 2026

| | |
|---|---|
| Chapter 13 Trustee: | Jack N Zaharopoulos |
| Trustee Address: | Standing Chapter 13<br>(Trustee)<br>8125 Adams Drive, Suite A<br>Hummelstown, PA 17036 |
| Trustee Email: | jackz@pamd13trustee.com |
| Debtor's Counsel Name: | Carlo Sabatini |
| Debtor's Counsel Address: | Sabatini Law Firm, LLC<br>216 N. Blakely St.<br>Dunmore, PA 18512 |
| Debtor's Counsel Email: | usbkct@bankruptcypa.com |
| Debtor 1 Name: | Christopher Lee Allen |
| Debtor's Mailing Address: | 609 E 2nd St<br>Berwick, PA 18603-4902 |

/s/ Stephanie Richards